```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SCOTT GREEN,<br>Defendant. | )<br>)<br>) CRIMINAL NO.<br>) 05-10166-DPW<br>)<br>)<br>) |

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **11:00 A.M. ON AUGUST 5, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

```
                                   BY THE COURT,
                                   /s/ Michelle Rynne
 DATE: July 15, 2005               Deputy Clerk
```