

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

May 20, 2005

Sent via Facsimile (617-367-6475)

Mr. Mark D. Smith, Esq.
Laredo Smith, LLP
15 Broad Street
Suite 600
Boston, MA 02109

    Re:    Scott Green: Tolling Agreement on Statute of Limitations

Dear Mr. Smith:

    This letter confirms and sets forth an agreement between the Office of the United States Attorney for the District of Massachusetts and your client, Scott Green. The terms of the agreement are as follows:

    1.    As you are aware, this Office is presently conducting a criminal investigation of your client Scott Green. The conduct being investigated includes, without limitation, allegations that your client may have violated various federal criminal statutes, including, but not limited to filing false claims to the United States (18 U.S.C. § 287), making false or fraudulent statements (18 U.S.C. §§ 1001, 1035; 42 U.S.C. § 1320a-7b), mail and/or wire fraud (18 U.S.C. §§ 1341, 1343), and health care fraud (18 U.S.C. § 1347) in connection with claims submitted to the Medicare program between in or about December 1998 and May 2000.

    2.    In the course of our discussions, this Office has expressed its intention to afford you and your client the fullest opportunity to provide information to this Office which you deem relevant to matters relating to that investigation. In response, you have advised us that you intend to provide certain information to this Office, and that you wish such information be considered prior to a prosecution decision concerning potential criminal charges resulting from that investigation. Toward that end, you have advised this Office that you and members of your firm will require a further time period to prepare any materials and gather information for presentation to this Office. As a result, this Office and your client have agreed, as more fully set forth below,

LAREDO&SMITH, LLP

☑003/004

2

to toll the applicable statutes of limitations for the time period from January 7, 2005 (the date on which you and your client first executed a statute of limitations tolling agreement), through and including September 1, 2005, for the conduct noted in paragraph one.

3. This Office and your client, Scott Green, hereby agree that your client will not at any time interpose a statute of limitations defense or any constitutional claim based upon pre-indictment delay to any indictment, informations, or count thereof charging your client with any federal crime or violation of federal law related to the conduct described in Paragraph 1, that includes the time period from January 7, 2005, through September 1, 2005, in the calculation of the limitations period. Nothing herein shall affect, or be construed as a waiver of, any other applicable defenses that your client may have during the time period prior to your client's execution of both this agreement and the agreement executed on January 7, 2005, and your client expressly reserves the right to raise any such defense, any provisions of those agreements notwithstanding. This agreement supersedes all prior agreements, which your client agrees remain in full effect as of the date of this agreement.

4. Your client, Scott Green, enters into this agreement knowingly and voluntarily. Your client acknowledges that the statute of limitations and the United States Constitution regarding prejudicial pre-indictment delay confers benefits on him, and he is not required to waive those benefits, and that your client is doing so after consulting with you because your client believes it is in his best interest to do so. Scott Green also acknowledges his understanding that he may be charged with the foregoing offenses or violations and/or any other offenses at any time prior to and including September 1, 2005. Scott Green further acknowledges his understanding that he may be charged with any criminal or civil offenses for conduct not specifically described above, at any time during the relevant statute of limitations period.

5. This agreement relates only to the conduct referred to in paragraph one above. This writing contains the entire agreement between this Office and your client and can be modified or supplemented only by means of a writing signed by this Office and your client. This agreement supersedes all prior agreements, which your client agrees remain in full effect as of the date of this agreement

LAREDO&SMITH, LLP

☑004/004

3

If your client is willing to enter into this agreement on the terms set forth above, he should indicate the same by signing on the spaces provided below and by initialing each page of this agreement. Please return an executed original to the undersigned by not later than close of business on Friday, May 27, 2005.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES E. ARNOLD
Assistant U.S. Attorney

I, _Scott Green_, hereby acknowledge that I have read this letter in full. I am entering into this agreement freely and voluntarily after consultation with my attorney, who has also signed below. I hereby acknowledge that I am giving up certain benefits contained in the statute of limitations and the United States Constitution as to my potential criminal culpability and that I do so because I believe that doing so is in my best interests.

_____      Dated: _5/26/05_
SCOTT GREEN

I have consulted with my client, Scott Green, concerning this agreement. I have explained the agreement and its terms to my client and have recommended that he enter into it. I believe that Scott Green is entering into this agreement freely, voluntarily, and knowingly.

_____      Dated: _5/27/05_
MARK D. SMITH, ESQ.
Counsel to Scott Green