FILED
Clerk's Office
USDC, Mass.
Date  8/5/05
By  MR
Deputy Clerk

AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

U S A

v

Scott Green

**APPEARANCE**

CASE NUMBER: 01:05 - 10166- DPW

To the Clerk of this court and all parties of record:    Scott Green

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date  8/5/05

Signature

Print Name  MARK SMITH        Bar Number  542676

Address  Lawes. Smith
         15 Buad St

City  Boston    State  MA    Zip Code  02061

Phone Number  617 - 367- 7984    Fax Number

This form was electronically produced by Elite Federal Forms, Inc.