Waiver of Indictment

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 8/5/05
By mr
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 1:05-10166-DPW |
| ) | |
| SCOTT GREEN ) | |

### WAIVER OF INDICTMENT

I, **SCOTT GREEN**, the above-named defendant, who is accused of, between no later than on or about January 29, 1999, and continuing thereafter through at least on or about January 13, 2000, devising and executing a mail fraud scheme to defraud the Medicare Program and to obtain money by means of materially false or fraudulent pretenses, representations and promises in violation of 18 U.S.C. § 1341, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on August 5, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer