UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:05-CR-10166-DPW |
| ) | |
| **SCOTT GREEN** ) | |
| ) | |
| **Defendant** ) | |

### UNITED STATES' UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE FACTUAL STATEMENT TO PROBATION

The United States, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant United States Attorney James E. Arnold hereby moves this Court to grant the United States a one-week extension of time until August 19, 2005, in which to submit to the United States Probation Office a statement of relevant facts and documents pertinent under Federal Rules of Criminal Procedure 32(b)(4).

In support of this motion, the United States submits that it is still in the process of reviewing and finalizing the factual materials concerning the defendant's criminal conduct to ensure the accuracy of its submission to Probation. Pursuant to the Court's Procedural Order re: Sentencing Hearing, the Government is required to submit its statement of relevant facts to the Probation Office not later than August 12, 2005.

Government counsel has provided defense counsel with a draft of the factual statement for review and comment in an attempt both to ensure accuracy of the submission and to narrow and/or limit any factual disputes that will need to be addressed by Probation (and, if necessary, ultimately by the Court). Defense counsel has raised certain questions, which the Government is now endeavoring to address. Government counsel's response to defense counsel's questions has been delayed by the fact that the case agent having primary responsibility over the investigation

of this matter retired from Government service in late July. A new agent has been assigned to the matter; however, that agent is not available until to respond to the questions presented by defense counsel until next week.

    Accordingly, the United States respectfully requests a one-week extension of time in which to submit an accurate factual statement to the United States Probation Office. Government counsel has consulted with counsel for defendant, who joins in this motion, and has notified the Probation Office, which has no objections to the motion.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                    By:    /s/ James E. Arnold
                           James E. Arnold
                           Assistant U.S. Attorney
                           One Courthouse Way, Suite 9200
                           Boston, MA 02210
                           (617) 748-3603

Dated: August 11, 2005

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel for the defendant a copy of the foregoing document by electronic mail to the following:

            Mark Smith, Esquire
            Laredo Smith LLP
            15 Broad Street
             Suite 600
            Boston, MA 02109
            smith@laredosmith.com

                           /s/ James E. Arnold
                           James E. Arnold
                           Assistant United States Attorney