UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                     )     Crim. No. 05-10166-DPW<br>)<br>SCOTT GREEN,                 )<br>)<br>         Defendants        )<br>) | |

## MOTION TO SEAL

Defendant Scott Green hereby requests that the Court seal, until final disposition of the case, the within Assented to Motion of Defendant Scott Green to Continue Sentencing Hearing. As grounds for this motion, the Defendant states that the Motion to Continue concerns intimate and personal matters, the disclosure of which may cause embarrassment to Mr. Green.

WHEREFORE, the defendant requests that the Court seal, until final disposition.

Respectfully submitted,

SCOTT GREEN

By his attorney,

/s/ Mark D. Smith

Mark D. Smith, BBO # 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 0210911
(617) 367-7984

Dated: September 23, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9-23-05