UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )    Crim. No. 05-10166-DPW
                                    )
SCOTT GREEN,                        )
                                    )
            Defendants              )
_____)

### *ASSENTED TO*
### MOTION OF DEFENDANT SCOTT GREEN
### TO CONTINUE SENTENCING HEARING

Defendant Scott Green, with the assent of the United States Attorney, respectfully requests that this Court continue his sentencing hearing, now scheduled for December 5, 2005, by an additional week, until on or after December 12, 2005. As grounds for this motion, defendant Green states as follows:

1.  Additional time is necessary for Green to obtain an expert opinion regarding his mental condition, and to provide it to the Probation Department for its timely consideration in preparing the presentence report. The expert writing the report needs additional time to complete the report. Green believes that such an opinion, relevant to "the nature and circumstances of the offense and the history and characteristics of the defendant," 18 U.S.C. § 3553(a)(1), may warrant a sentence below the advisory Guidelines range. Moreover, Green recognizes that the Government may require additional time, upon receipt of any such expert opinion, in which to evaluate the opinion and file a response.

2. The United States Attorney, through AUSA George Vien, assents to this motion to continue sentencing.

WHEREFORE, the defendant requests that the Court continue the sentencing hearing by an additional month, until on or after December 12, 2005.

                                    Respectfully submitted,

                                    SCOTT GREEN

                                    By his attorney,

                                    /s/ Mark D. Smith
                                    Mark D. Smith, BBO # 542676
                                    Laredo & Smith, LLP
                                    15 Broad Street, Suite 600
                                    Boston, MA 0210911
                                    (617) 367-7984

Dated: November 14, 2005