UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
       v.                           )   Crim. No. 05-10166-DPW
                                    )
SCOTT GREEN,                        )
                                    )
            Defendants              )
_____)

### *ASSENTED TO* MOTION OF DEFENDANT SCOTT GREEN TO CONTINUE SENTENCING HEARING

Defendant Scott Green, with the assent of the United States Attorney, respectfully requests that this Court continue his sentencing hearing, now scheduled for December 5, 2005, by an additional four week period, until on or after January 16, 2006. As grounds for this motion, defendant Green states that additional time is necessary for the parties to meet and confer with the Probation Office in an attempt to resolve some outstanding legal issues. The United States Attorney, through AUSA James Arnold, assents to this motion to continue sentencing.

WHEREFORE, the defendant requests that the Court continue the sentencing hearing by an additional month, until on or after January 16, 2006.

                                    Respectfully submitted,

                                    SCOTT GREEN

                                    By his attorney,


                                    /s/ Mark D. Smith
                                    Mark D. Smith, BBO # 542676
                                    Laredo & Smith, LLP
                                    15 Broad Street, Suite 600
                                    Boston, MA 0210911
                                    (617) 367-7984

Dated: November 21, 2005