UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-10166-DPW |
| ) | |
| SCOTT GREEN, ) | |
| ) | |
| Defendants ) | |

## MOTION TO SEAL

Defendant Scott Green hereby requests that the Court seal the attached medical report. As grounds for this motion, the Defendant states that the enclosed report contains intimate and personal medical information. A copy of the attached report has been advanced to the United States Attorney's Office and Probation Department.

WHEREFORE, the defendant requests that the Court seal the attached medical report.

Respectfully submitted,

SCOTT GREEN

By his attorney,

Mark D. Smith, BBO # 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 0210911
(617) 367-7984

Dated: December 13, 2005