August 30, 2005

Dear Honorable Judge Woodlock:

I am writing to you with the utmost urgency and anxiety and to plead for your leniency with my husband, Scott Green, who will be before you at his sentencing hearing Oct. 28th, 2005.

Scott is a wonderful, caring individual who has done many good deeds in his life. I waited 33 years to meet him and am happy to call him husband of 1 ½ years.

When Scott and I first started dating in September 2001 just after the World Trade Center bombings, Scott was volunteering at Meals On Wheels in San Diego and offered for me to join him one morning to go and deliver food to homebound seniors in the local community. I gladly went with him on that date and many weekend mornings during the next several months. It was then that I realized that he is a loving person who cares about me and other people. We became married on December 6, 2003.

What was most striking to me about Scott was that even my parents liked him! They didn't like any of my previous boyfriends, not even another man to whom I was engaged at one time. My father is not in the best health, so when my parents retired to Arizona, it was Scott who thought to offer to follow them there, in order to keep an eye on them and help them. Scott now helps my parents whenever needed, and I am thankful that we live only a couple of miles away.

Scott, by his chosen profession ... counseling, has given guidance to hundreds of people. He is a mild-mannered, sensitive, regular guy who gives good advice with others' interests at heart. He currently runs a small retirement community for seniors and comes home at night with endearing stories about the 105 or so elders whose lives he touches and tries to improve on a daily basis. He truly enjoys his current work, and I would give anything to allow him to continue to contribute to his community in this positive way.

When Scott was started working at an Arizona assisted-living residence for seniors, there was barely an activity program in place, with no community outings. Scott instituted a full activity program which greatly enriched the lives of the residents and improved the general mood of the entire institution. I attended many of the activities in the evenings with Scott. When inviting residents to activities, Scott enthusiastically taught his employees to walk the entire facility, knock on each door, smile often and make three attempts per activity per person before taking "no" for an answer. Scott taught by example, walking residents to activities. He even brought our two dogs in to work and facilitated weekly pet therapy. He had record attendance at activities and instituted many community trips, even paying $560 out of his own pocket for a holiday lights bus trip that the facility couldn't afford. As you could imagine, behavioral problems at the residence decreased significantly.

Scott continues to make wonderful contributions to his current employer. This year, he has undertaken several projects that are important to the residents, such as adding a

second full-time activities employee and beefing up the activities program, starting a resident-run bakery so that resident volunteers can build self-esteem, getting the ten buildings painted, buying a second vehicle to accommodate more medical appointments, purchasing new chairs for the dining room, something that is 18 years overdue. It would be extremely difficult for me to stay

current with our financial obligations without Scott's income. I am praying that he will be able to stay in his current position and make payments to Medicare on a regular basis.

I was not in Scott's life at the time he got involved with these physicians who agreed to supervise him. Scott has agreed to plead guilty and has cooperated with the authorities from day one. I am so scared for what will happen to our small family.

Scott has been so visibly upset that he has had ever-increasing asthma attacks, chest pains and migraines. He even has started to have seizures .. something he has never had before! He is so depressed, he has started counseling and is taking anti-anxiety medicine. I really do not think he could make it in prison; I know he doesn't have the mental toughness; he is very emotional and a sweet man. I think his body is shutting down. I too, am depressed and withdrawn; I feel detached from life . . like I cannot believe this is all actually happening. It all seems so surreal and intimidating. Scott is my best friend and main support in life. I was hoping to start a family with him and live happily ever after, but I am afraid that my dreams will be shattered.

I am clinging to a hope that you will take into consideration my letter, the letters of the people that really know Scott and have spent time with him, and the fact that he has never been in trouble before or after this brief period of time in his life ... a good life.

Thank you so much for your consideration Judge Woodlock.

Very respectfully,

*Pamela Green*
Pamela Green