| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION  *DOCKETED* | DOCKET NUMBER *(Tran. Court)* 05-10166 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Scott Green 15439 West Lea Lane Surprise, Arizona 85374 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, D/MA, Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Douglas P. Woodlock | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/14/05 — TO 12/13/08 |

OFFENSE

Mail Fraud, 18 USC § 1341
Aiding & Abetting, 18 USC § 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for The District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_February 17, 2006_                                _[signature] Douglas P. Woodlock_
Date                                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                        _____
Effective Date                                                United States District Judge

19